PROB 12C
(6/16)

Report Date: March 26, 2024

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnathan Daniel D'Auteuil    Case Number: 0980 2:21CR00083-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable, Salvador Mendoza, Jr. U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 12, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: | December 29, 2023 |
| Defense Attorney: | John Barto McEntire | Date Supervision Expires: | December 28, 2026 |

### PETITIONING THE COURT

To issue a summons.

On January 4, 2024, a United States probation officer reviewed the conditions of supervised release with Mr. D'Auteuil. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. D'Auteuil violated the terms of his conditions of supervised release by testing positive for methamphetamine on or about March 1, 2024. |
| | On March 20, 2024, the undersigned officer was notified by a counselor at New Horizon that Mr. D'Auteuil submitted a random urinalysis on March 1, 2024, and it returned positive from the lab for methamphetamine. |

Prob12C
Re: D'Auteuil, Johnathan Daniel
March 26, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 26, 2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/27/2024

Date