PROB 12C
(6/16)

Report Date: May 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 09, 2024**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathan Daniel D'Auteuil | Case Number: 0980 2:21CR00083-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 12, 2022

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: December 29, 2023 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: December 28, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the court on 03/26/2024.

On January 4, 2024, a United States probation officer reviewed the conditions of supervised release with Mr. D'Auteuil. He signed the judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. D'Auteuil violated the above condition by using methamphetamine, on or about April 18, 2024. |
| | On May 6, 2024, the undersigned officer was notified by a community corrections officer from the Washington State Department of Corrections (DOC) that Mr. D'Auteuil submitted a random urinalysis on April 25, 2024, and it returned positive from the lab for methamphetamine. |

Prob12C
Re: D'Auteuil, Johnathan Daniel
May 8, 2024
Page 2

On May 7, 2024, Mr. D'Auteuil reported to the undersigned officer that he tested positive for methamphetamine with DOC. He subsequently admitted to using the substance on or about April 18, 2024, and he signed an admission of use form.

3   **Special Condition #6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. D'Auteuil violated the above condition by using methamphetamine, on or about May 2, 2024.

On May 7, 2024, Mr. D'Auteuil admitted to this officer that he used methamphetamine on or about May 2, 2024, and he signed an admission of use form.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 8, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/9/2024
Date