PROB 12C
(6/16)

Report Date: June 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnathan Daniel D'Auteuil   Case Number: 0980 2:21CR00083-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 12, 2022

| | |
|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 |
| Original Sentence: | Prison 24 months; TSR - 36 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| Defense Attorney: | Lorinda Meier Youngcourt |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 29, 2023

Date Supervision Expires: December 28, 2026

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/26/2024, and 05/08/2024.

On January 4, 2024, a United States probation officer reviewed the conditions of supervised release with Mr. D'Auteuil. He signed the judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. D'Auteuil violated the above condition by testing positive for methamphetamine on or about May 14, 20, and 21, 2024. |
| | On June 10, 2024, the undersigned officer received reports from the Washington State Department of Corrections (DOC) and YFA Connections detailing positive urinalysis (UA) results for samples submitted by Mr. D'Auteuil as part of state supervision and treatment. |
| | According to the DOC report, Mr. D'Auteuil submitted to an in-office UA on May 14 and 21, 2024. Both UA samples showed a presumptive positive result for methamphetamine and were confirmed positive by a lab. |

Prob12C
Re: D'Auteuil, Johnathan Daniel
June 11, 2024
Page 2

According to the YFA treatment report, Mr. D'Auteuil is in noncompliant status due to submitting a UA on May 20, 2024, that returned positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 11, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/12/2024
Date