PROB 12C
(6/16)

Report Date: August 8, 2024

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnathan Daniel D'Auteuil     Case Number: 0980 2:21CR00083-SAB-1

Address of Offender: ███████████████████, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 12, 2022

| | |
|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | December 29, 2023 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | December 28, 2026 |

## PETITIONING THE COURT

To issue a summons.

On January 4, 2024, a U.S. probation officer reviewed the conditions of supervised release with Mr. D'Auteuil. He signed the judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. D'Auteuil violated the above condition on July 27, 2024, by being arrested by local law enforcement for Forgery, under R.C.W. 9A.60.020.<br><br>On July 27, 2024, Mr. D'Auteuil is reported to have been traveling on U.S. Highway 395 near North Spotted Road in or near Stevens County, Washington, when a deputy sheriff with the Stevens County Sheriff's Office conducted a traffic stop on Mr. D'Auteuil's vehicle. The deputy inquired about Mr. D'Auteuil's Washington vehicle trip permit and upon investigation, found it to be falsified. The deputy arrested Mr. D'Auteuil for forgery and booked him into the Stevens County Jail.<br><br>A probable cause hearing in this matter was held in Stevens County District Court on July 29, 2024. An arraignment hearing is set for August 12, 2024, in Stevens County Superior Court. |

Prob12C
Re: D'Auteuil, Johnathan Daniel
August 8, 2024
Page 2

On July 29, 2024, this U.S. probation officer made contact with Mr. D'Auteuil who verbally admitted to the alleged behavior. Mr. D'Auteuil reported that he knew his original vehicle trip permit was expired or due to expire before July 27, 2024. Mr. D'Auteuil stated that he did not want to drive without a trip permit, but did not have time to acquire a new permit from the Washington Department of Licensing. Instead, Mr. D'Auteuil reports he purchased a trip permit from Facebook marketplace and subsequently made use of such while operating his vehicle.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 8, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

8/8/2024
Date