PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

Report Date: September 6, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathan Daniel D'Auteuil | Case Number: 0980 2:21CR00083-SAB-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉ | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 12, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | December 29, 2023 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | December 28, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/08/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. D'Auteuil violated the above condition by being terminated from phase urinalysis (UA) testing by the testing vendor on September 5, 2024. |
| | On April 19, 2024, this officer received a report outlining concerning behavior by Mr. D'Auteuil toward staff of the testing vendor. It was reported that Mr. D'Auteuil has a history of rude and disrespectful behavior toward staff when reporting for UA testing, and the continuance of such would result in his denial of services at the vendor site. |
| | This same day, this officer contacted Mr. D'Auteuil via phone and discussed this behavior. Mr. D'Auteuil was warned that continuing such behavior may affect his ability to continue testing at the vendor site and place him at risk of violating his conditions of supervision. |

Prob12C
Re: D'Auteuil, Johnathan Daniel
September 6, 2024
Page 2

On September 5, 2024, this officer was again contacted by the vendor who reported that Mr. D'Auteuil's rude behavior has continued to this date. As a result of this ongoing behavior, Mr. D'Auteuil is not welcome back to the vendor's premises.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 6, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

9/6/2024
Date