PROB 12C
(6/16)

Report Date: September 19, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 20, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathan Daniel D'Auteuil | Case Number: 0980 2:21CR00083-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 12, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | | |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | December 29, 2023 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | December 28, 2026 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/08/2024, and 09/06/2024.

On January 4, 2024, Mr. Johnathan D'Auteuil signed his conditions relative to case number 2:21CR00083-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. D'Auteuil is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about September 4, 2024, based on urinalysis testing. |
| | Specifically, and as the Court may recall, on September 4, 2024, Mr. D'Auteuil reported to the U.S. Probation Office's contract urinalysis testing provider in Spokane for random urinalysis testing as required. Mr. D'Auteuil's behavior during that interaction was previously reported to the Court in the petition dated September 6, 2024, and ultimately led to Mr. D'Auteuil's expulsion from the provider due to his described inappropriate and aggressive behavior directed toward the urinalysis technician. It should be noted that Mr. |

Prob12C
Re: D'Auteuil, Johnathan Daniel
September 19, 2024
Page 2

        D'Auteuil was described by the provider as being in good spirits until he was informed by the technician that the sample provided was presumptive positive for amphetamine and methamphetamine. The sample was packaged and forwarded to the contract laboratory for verification.

        On September 10, 2024, the laboratory report was received in reference to Mr. D'Auteuil's aforementioned urinalysis sample, which confirmed the sample was positive for both amphetamine and methamphetamine. It should be noted that Mr. D'Auteuil states a prescribed medication of Adderall; however, this substance will not result in a confirmed positive test result for methamphetamine. Mr. D'Auteuil continues to deny use of methamphetamine as confirmed by laboratory testing.

4        **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

        **Supporting Evidence**: Mr. D'Auteuil is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about August 22, 2024, based on urinalysis testing.

        Specifically, on August 21, 2024, Mr. D'Auteuil failed to appear for random urinalysis testing at the U.S. Probation Office's contract provider when his assigned color was called by the vendor. On August 22, 2024, Mr. D'Auteuil was contacted by his assigned U.S. probation officer and directed to report to the U.S. Probation Office to address the concern. Mr. D'Auteuil reported as directed and did submit to urinalysis testing, the result of which was determined to be presumptive positive for both amphetamine and methamphetamine.

        On August 31, 2024, the laboratory report was received in reference to Mr. D'Auteuil's aforementioned urinalysis sample, which confirmed the sample was positive for both amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 19, 2024

        s/Chris Heinen

        Chris Heinen
        U.S. Probation Officer

Prob12C
Re: D'Auteuil, Johnathan Daniel
September 19, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

9/20/2024

Date