PROB 12C
(6/16)

Report Date: September 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathan Daniel D'Auteuil | Case Number: 0980 2:21CR00083-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 12, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 | | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | December 29, 2023 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | December 28, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/08/2024, 09/06/2024, and 09/20/2024.

On January 4, 2024, Mr. Johnathan D'Auteuil signed his conditions relative to case number 2:21CR00083-SAB-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. D'Auteuil violated the terms and conditions of his supervised release by using methamphetamine on or about September 18, 2024. |
| | On September 18, 2024, Mr. D'Auteuil provided a urinalysis sample that tested presumptive positive for both amphetamine and methamphetamine, and this urinalysis sample was sent to the lab for confirmation. On September 23, 2024, the aforementioned urinalysis was confirmed positive for both amphetamine and methamphetamine. |

Prob12C
Re: D'Auteuil, Johnathan Daniel
September 23, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 23, 2024

s/Jonathan Bot

Jonathan Bot
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

9/23/2024

Date