PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | D'Auteuil, Johnathan Daniel | Docket No. | 0980 2:21CR00083-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Nicolas Olson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Johnathan Daniel D'Auteuil, who was placed under pretrial release supervision by the Honorable James A. Goeke, U.S. Magistrate Judge, sitting in the Court at Spokane, Washington, on the 25th day of September, 2024, under the following conditions:

**Release Condition #2 (bullet point 1):** Defendant must participate in an inpatient substance abuse treatment program. Defendant must follow the rules and regulations of the treatment program. Defendant's probation officer will supervise his participation in the program (provider, location, modality, intensity, etc.). Defendant must pay the costs of the program if financial able.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. D'Auteuil is alleged to have violated the above-stated condition on or about November 25, 2024, by being terminated from American Behavioral Health Systems (ABHS) inpatient treatment program for rule violations.

On November 25, 2024, this officer was notified by ABHS staff via the telephone that Mr. D'Auteuil was being terminated from inpatient treatment at ABHS effective that same date. According to staff, Mr. D'Auteuil is alleged to have been involved in distributing illicit substances to other patients in the program. The defendant was returned to custody at the Spokane County Jail.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 11/26/2024

by s/Nicolas Olson

Nicolas Olson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

November 26, 2024

Date